IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK M. ALLEN, SR.,          )
                                )
        Plaintiff,              )
                                )
        v.                      )         1:26CV377
                                )
UNKNOWN PERSONS AT THE          )
WAKE COUNTY JAIL,               )
                                )
        Defendant(s).           )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a detainee held in Wake County, North Carolina, submitted a Letter alleging

interference with his mail and danger to his life and safety. Given the nature of the

allegations, the Court treated the filing as a civil rights action pursuant to 42 U.S.C. § 1983.

The form of the Complaint is such that serious flaws make it impossible to further process

the Complaint. The problems are:

1.      The filing fee was not received nor was a proper affidavit to proceed *in forma
        pauperis* submitted, with sufficient information completed and signed by
        Plaintiff, to permit review.

2.      The Complaint is not on forms prescribed for use by this Court, nor is the
        information requested by such forms and necessary to process the Complaint
        pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR
        7.1(d).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff

filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present

Complaint. To the extent Plaintiff chooses to file a new Complaint, the Court also notes that

it appears that the potential defendants may be located in the Eastern District of North Carolina, where Plaintiff is housed.  The events challenged in the Complaint are all alleged to have occurred there as well.  Therefore, it appears that venue would be proper in that District, and Plaintiff may obtain forms and instructions from the Clerk's Office for filing in that District.  <u>See</u> 28 U.S.C. § 1391(b).  The address is: 310 New Bern Avenue, Room 574, Raleigh, NC  27601.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

Finally, Plaintiff indicates that as of April 18, 2026, when he wrote his current filing, he had received no mailing from the Court in relation to 1:26CV321, a prior case filed by Plaintiff.  The Court mailed an Order and Recommendation to Plaintiff at the address he provided in that case on April 8, 2026 and, to date, that mailing has not been returned as undeliverable.  If Plaintiff still does not receive that mailing, he should request a remailing. The Court also notes that Plaintiff changed addresses between the filing of that case and his current case, that he did not update the Court as to the change as he is required to do, and that this may be the cause of any issues with his mail.  Plaintiff should carefully check the proper mailing address for his place of incarceration and also inform the Court any time it changes.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the correct district, which corrects the defects cited above.

This, the 4th day of May, 2026.

_____/s/ L. Patrick Auld_____
**L. Patrick Auld**
**United States Magistrate Judge**
