IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK M. ALLEN, SR.,           )
                                 )
                Petitioner,      )
                                 )
          v.                     )          1:26CV377
                                 )
UNKNOWN PERSONS AT THE WAKE       )
COUNTY JAIL,                     )
                                 )
                Respondent.      )

## ORDER

On May 4, 2026, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed but it is not clear they were timely within the time limits prescribed by section 636. (See Doc. 4.) However, the court will treat them as timely within section 636 so as to conduct a de novo review.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the correct district. There being neither a substantial issue for appeal concerning the denial of a

constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability shall not issue.

/s/   Thomas D. Schroeder
United States District Judge

June 3, 2026